UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA          :
                                  :
            -against-             :     17 Crim. 610 (LGS)
                                  :
GARY DAVIS,                       :     **ORDER**
                       Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 15, 2020, a telephonic hearing was held on Defendant's bail application. It is hereby

**ORDERED** that, for the reasons stated on the record at the hearing, the application is DENIED. It is further

**ORDERED** that by **April 21, 2020**, the Government shall provide the Court with the medical information identified by the Court at the hearing.

Dated: April 15, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE