

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*One St. Andrew's Plaza*
*New York, New York 10007*

June 1, 2021

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Gary Davis</u>, 17 Cr. 610 (LGS)

Dear Judge Schofield:

The Government respectfully requests, with the consent of defense counsel, that the Court set a sentencing date for defendant Gary Davis and further order that the presentence investigation report be prepared. The parties respectfully propose a sentencing date approximately sixty days from the filing of this letter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: /s/
Alexandra N. Rothman
Jordan Estes
Christopher Clore
Assistant United States Attorneys
(212) 637-2580

Application Granted. The Probation Office shall conduct a Presentence investigation and prepare a Presentence Report. Defendant Gary Davis' sentencing hearing shall be held on **September 20, 2021, at 11:00 a.m**. The Government's submission shall be filed by **August 30, 2021**. Defendant's pre-sentencing submission shall be filed by **September 3, 2021**. The Clerk of the Court is directed to terminate the letter motion at docket number 641.

Dated: June 3, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**