LAW OFFICES OF
**NATALI J.H. TODD, P.C.**

NATALI J.H. TODD
MEMBER: NY & MA Bar

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

August 31, 2021

via ECF
Honorable Lorna G. Schofield
United States District Judge
500 Pearl Street
New York, New York 10007

*Re:*   *U.S. v. Gary Davis, 17 Cr. 610 (LGS)*
        *Sentence Adjournment Request*

Dear Judge Schofield:

Richard Jasper and I represent Mr. Gary Davis in the above referenced matter. Mr. Davis is currently scheduled to be sentenced on September 20, 2021 and counsel's sentencing memo is due on September 3, 2021. With the consent of the government, we write to respectfully request a 30-day adjournment of sentence until October 20, 2021, or soon thereafter at a time convenient for the Court. Additionally, we are requesting that our sentencing submission is due two weeks in advance of the new sentence date.

As of this writing, we are still awaiting the initial draft of the pre-sentence report. We request this adjournment to permit counsel to review the PSR with Mr. Davis, and to prepare a sentencing submission.

Thank you for your consideration to this request.

Respectfully,
/s/
Natali Todd

cc:   Counsel of Record

Application Granted in part. Defendant Gary Davis' sentencing hearing currently scheduled for September 20, 2021, is adjourned to **December 14, 2021, at 11:00 a.m**. Defendant's submission shall be filed by **November 22, 2021**. The Clerk of the Court is directed to terminate the letter motion at docket number 664.

Dated: September 3, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE