UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                              -against-                    17 Cr. 610-01 (LGS)

                                                ORDER
   GARY DAVIS,
                                    Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS a sentencing hearing is currently scheduled for December 14, 2021, at 11:00 a.m.

       WHEREAS the Bureau of Prisons is unable to produce the Defendant at that time. It is hereby

       **ORDERED** that sentencing currently scheduled for December 14, 2021, at 11:00 a.m., is adjourned to **December 14, 2021, at 3:15 p.m.**

Dated: December 8, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE