UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -v-

    GARY DAVIS,
                            Defendant,
------------------------------------------------------------ X

17 Cr. 610-01 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, with GARY DAVIS' consent, his guilty plea allocution was taken before Magistrate Debra C. Freeman on October 24, 2019;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       December 14, 2021

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**